```
1  Eric D. Houser (SBN 130079)
   Constance S. Trinh (SBN 252926)
2  HOUSER & ALLISON
   A Professional Corporation
3  9970 Research Drive
   Irvine, California 92618
4  Telephone: (949) 679-1111
5  Facsimile: (949) 679-1112
   Email:  ctrinh@houser-law.com
6
7  Attorneys for Defendant
   AURORA LOAN SERVICES, LLC
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| SASA HASIC, ZINETA HASIC, | Case No.:   4:09-CV-04056-PJH |
| | Judge:       Phyllis J. Hamilton |
| Plaintiffs, | Courtroom: 3 |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| AURORA LOAN SERVICES LLC, QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FINANCIAL TITLE COMPANY, and DOES 1-10 inclusive, | Previous Date:  December 10, 2009<br>Proposed Date: February 11, 2010<br>Hearing Time: 2:00 p.m. |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs and Defendants in the above-captioned matter, by and through their respective counsel of record, hereby stipulate to a continuance of the Case Management Conference ("CMC").

## STIPULATION

As evidenced by the signatures below, the parties agree that the CMC previously scheduled for December 10, 2009 will now take place on **February 11, 2010 at 2:00 p.m.** in the above-referenced court. This continuance is necessary because there is currently no operative pleading to guide a CMC.[1] As such, a CMC would be fruitlessly premature.

IT IS SO STIPULATED.[2]

DATED: December___, 2009                    **ELIOT GORSON, ESQ.**

_____
Eliot Gorson
Attorneys for Plaintiffs,
Sasa Hasic and Zineta Hasic

DATED: December 3, 2009                     **HOUSER & ALLISON**

_____
Constance S. Trinh
Attorneys for Defendant,
AURORA LOAN SERVICES, LLC

---

[1] Defendant's Motion to Dismiss was granted on November 18, 2009. Plaintiffs were afforded 30 days to amend their Complaint, but have not yet done so. Another Motion to Dismiss may be warranted, and it will take time to prepare and properly notice.

[2] Although more are named, only two parties have appeared in this action.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs and Defendants in the above-captioned matter, by and through their respective counsel of record, hereby stipulate to a continuance of the Case Management Conference ("CMC").

## STIPULATION

As evidenced by the signatures below, the parties agree that the CMC previously scheduled for December 10, 2009 will now take place on **February 11, 2010 at 2:00 p.m.** in the above-referenced court. This continuance is necessary because there is currently no operative pleading to guide a CMC.[1] As such, a CMC would be fruitlessly premature.

**IT IS SO STIPULATED.**[2]

DATED: December 3, 2009

ELIOT GORSON, ESQ.

_____
Eliot Gorson
Attorneys for Plaintiffs,
Sasa Hasic and Zineta Hasic

DATED: December 2, 2009

**HOUSER & ALLISON**

/s/ Brandon Love
Brandon Love
Attorneys for Defendant,
AURORA LOAN SERVICES, LLC

---

[1] Defendant's Motion to Dismiss was granted on November 18, 2009. Plaintiffs were afforded 30 days to amend their Complaint, but have not yet done so. Another Motion to Dismiss may be warranted, and it will take time to prepare and properly notice.

[2] Although more are named, only two parties have appeared in this action.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE**

1

### [~~PROPOSED~~] ORDER

After considering the Parties' stipulation, the Court hereby orders:

- The CMC originally scheduled for December 10, 2009 is hereby taken off calendar.

- The CMC will now take place on February 11, 2010 at 2:00 p.m. in the above-captioned Court. This continuance is needed because no operative pleading presently exists to guide the case.

- The Parties are to file Case Management Statements and a Rule 26(f) Report no later than February 4, 2010.

**IT IS SO ORDERED.**

DATED: 12/8/09 _____



_____
The United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
2

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On <u>December 3, 2009</u>, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

On the following interested parties in this action described as follows:

Eliot Gordon, Esq.
Law Offices of Eliot Gordon
4200 Park Blvd., PMB 273
Oakland, CA  94602
Tel.:   (510) 325-3827
E-mail: egorson@hotmail.com

[ ]   **VIA FIRST CLASS MAIL:** CCP §§ 1013(a); 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Long Beach, California, with postage thereon fully prepaid that same day in the ordinary course of business.

[ ]   **VIA HAND DELIVERY:** CCP §§ 1011, 2015.5 (AS INDICATED IN ATTACHED SERVICE LIST): By placing a true copy thereof enclosed in a sealed envelope addressed as above, and causing each envelope to be hand served on that day by First Legal Support Services, in the ordinary course of my firm's business practice.

[ ]   **VIA OVERNIGHT MAIL/COURIER:** CCP §§ 1013(c), 2015.5 (AS INDICATED IN ATTACHED SERVICE LIST) : By placing a true copy thereof enclosed in a sealed envelope, addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the processing of

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
3

correspondence for overnight mail or overnight courier service, and any correspondence placed for collection for overnight delivery would in the ordinary course of business, be delivered to an authorized courier or delivery authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day for delivery on the following business day.

[ x ]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

[ ]   **VIA FACSIMILE:** CCP §§ 1011, 2015.5 (AS INDICATED IN ATTACHED SERVICE LIST): By arranging for facsimile transmission from facsimile number (949) 679-1112 to the above listed facsimile number(s) prior to 5:00 p.m. I am readily familiar with my firm's practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error.

I declare under penalty of perjury, under the laws of the United States of America, State that the foregoing is true and correct.

Executed on <u>December 3, 2009</u>, in Long Beach, California.


                                            /s/ Constance S. Trinh
                                            Constance S. Trinh

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE**

4